FILED
2017 MAR 10 PM 2:06
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**Beverly Harris**
**15502 Walden Ave**
**Cleveland, Ohio 44128**

March 5, 2017

Judge James S. Gwin
United States District Court
U.S. Courthouse
801 W. Superior Ave
Cleveland, Ohio 44113

Re: Case # 1:15CR00344-01
Date of Judgement: December 21, 2015

Dear Judge Gwin,

I am submitting a request to be removed from probation at this time. I have been compliant for the past year and a half. Restitution is current.

I have been encouraged to make this request by my probation officer, Giselle Cieza. She felt that this request was fine and should be submitted to you at this time.

I have accepted responsibility and have remorse for my actions. I am not in the best of health and would continue to provide restitution but would like to have the stigma of being on probation removed.

Please consider my request and grant my removal from probation.

Humbly submitted,

Beverly Harris

Beverly Harris